**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAHAR SENGEL and CENGIZ SENGEL;<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CONCORD SERVICING CORP. d/b/a BLACKWELL RECOVERY;<br><br>　　　　Defendant. | Case No. 5:21-cv-01454-CJC-SHK<br>Assigned to the Hon. Cormac J. Carney<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED APPLICATION TO SEAL AND TO FILE REDACTED BRIEF *[21]*** <br><br>Date:　　　January 10, 2022<br>Time:　　　1:30 p.m.<br>Courtroom:　9B<br>Judge:　　　Hon. Cormac J. Carney<br><br>Action Filed:　August 26, 2021 |

ORDER GRANTING APPLICATION TO SEAL

19133998.1/021561.0036

# ORDER

Before the Court is Defendant Concord Servicing Corporation dba Blackwell Recovery's ("Defendant") Unopposed Application to Seal and to File Redacted Brief Pursuant to L.R. 79-5.2.2, requesting that the Court seal that portion of the docket which contains a maintenance account number that was inadvertently unredacted and accepting the filing of a redacted version of the Defendant's Motion to Dismiss. The Court, being duly advised, hereby ORDERS that Defendant's Application is GRANTED.

IT IS HEREBY ORDERED that the Clerk of Court shall SEAL document ECF No. 11, entitled *Notice of Motion and Motion to Dismiss Plaintiffs' Complaint; Memorandum of Points and Authorities*.

IT IS FURTHER ORDERED that Defendant shall file a redacted version of its Motion to Dismiss reflecting the following redactions:

| Document | Docket Number | Redactions |
|---|---|---|
| Defendant's *Motion to Dismiss Complaint* | ECF No. 11 | Page 3, line 12 (redaction of account number excepting the last four digits) |

IT IS SO ORDERED.

Dated: January 26, 2022

Hon. Cormac J. Carney
United States District Judge

ORDER GRANTING APPLICATION TO SEAL

19133998.1/021561.0036